1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MURPHY CARTER,                          )
                                        )
                    Petitioner,         )       CASE NO.      C04-1813-RSM
                                        )                     (CR99-580-BJR)
            v.                          )
                                        )
UNITED STATES OF AMERICA,               )       ORDER DENYING MOTION
                                        )       UNDER 28 U.S.C. § 2255
                    Respondent.         )
_____)

13          The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of

14   Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find

15   and Order:

16          (1)     The Court adopts the Report and Recommendation.

17          (2)     Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C.

18                  § 2255 (Dkt. # 1) is DENIED.

19          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

20                  respondent, and to Judge Benton.

21          DATED this 23rd day of September, 2005.

22                                              /s/ James L. Robart
                                                JUDGE JAMES L. ROBART for
23                                              JUDGE RICARDO S. MARTINEZ
                                                United States District Judge
24

25

26   ORDER DENYING § 2255 MOTION